**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------------------ x

GEN WANG HAN,
*on behalf of himself and others similarly situated,*

                        Plaintiff,        Case No. 20-cv-01206 (VLB)

               v.                  **NOTICE OF ACCEPTANCE OF**
                                                    **<u>OFFER OF JUDGMENT</u>**

MING JIANG SERVICES CORP
    d/b/a Yokohama,
WEN HUI WANG
    a/k/a Nicky Wang
    a/k/a Nick Wang,
QIAO MEI LIU
    a/k/a Qiao Mei Liu Wang
    a/k/a Qiao Mei Wang
    a/k/a Cindy Liu Wang
    a/k/a Cindy Liu
    a/k/a Cindy Wang,
MICHAEL WANG, and
JIAN RONG LIU,

                        Defendants.

------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff GEN WANG HAN, by and through undersigned counsel, hereby accepts and provides notice that GEN WANG HAN has accepted the Offer of Judgment by MING JIANG SERVICES CORP d/b/a Yokohama, WEN HUI WANG a/k/a Nicky Wang a/k/a Nick Wang, QIAO MEI LIU a/k/a Qiao Mei Liu Wang a/k/a Qiao Mei Wang a/k/a Cindy Liu Wang a/k/a Cindy Liu a/k/a Cindy Wang, MICHAEL WANG, and JIAN RONG LIU (collectively "Defendants") dated October 1, 2021 and attached hereto as Exhibit 1.

Dated: Flushing, NY
       October 4, 2021

                                                      Troy Law, PLLC
                                                      *Attorney for Plaintiff*

                                                      */s/ John Troy*
                                                      John Troy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------------------------------------ x
GEN WANG HAN,
*on behalf of himself and others similarly situated,*
                                  Plaintiff,        Case No. 20-cv-01206 (VLB)

                v.                      **CERTIFICATE OF SERVICE**

MING JIANG SERVICES CORP
    d/b/a Yokohama,
WEN HUI WANG
    a/k/a Nicky Wang
    a/k/a Nick Wang,
QIAO MEI LIU
    a/k/a Qiao Mei Liu Wang
    a/k/a Qiao Mei Wang
    a/k/a Cindy Liu Wang
    a/k/a Cindy Liu
    a/k/a Cindy Wang,
MICHAEL WANG, and
JIAN RONG LIU,
                                  Defendants.
------------------------------------------------------------------ x

      I hereby certify that a true and correct copy of the attached Notice of Acceptance of Offer of Judgment was served on Defendants by causing a copy to be sent to Defendants' attorney of record *via* ECF.

Dated:  Flushing, NY
          October 4, 2021

                                            Troy Law, PLLC
                                            *Attorney for Plaintiff*

                                            */s/ John Troy*
                                            John Troy