UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X
GEN WANG HAN,
on his own behalf and on behalf of
others similarly situated,

Case No: 3:20-cv-01206-VLB

Plaintiff,

**RULE 68 OFFER OF JUDGMENT**

v.

MING JIANG SERVICES CORP
d/b/a Yokohama;
WEN HUI WANG,
a/k/a Nicky Wang,
a/k/a Nick Wang;
QIAO MEI LIU
a/k/a Qiao Mei Liu Wang,
a/k/a Qiao Mei Wang
a/k/a Cindy Liu Wang
a/k/a Cindy Liu,
a/k/a Cindy Wang; and
MICHAEL WANG, and
JIAN RONG LIU,

Defendants.
-----------------------------------------------------------------X

TO:   John Troy, Esq.
      TROY LAW PLLC
      41-25 Kissena Blvd., Suite 103
      Flushing, NY 11355
      Email: troylaw@troypllc.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants MING JIANG SERVICES CORP d/b/a Yokohama; WEN HUI WANG a/k/a Nicky Wang a/k/a Nick Wang; QIAO MEI LIU a/k/a Qiao Mei Liu Wang a/k/a Qiao Mei Wang a/k/a Cindy Liu Wang a/k/a Cindy Liu a/k/a Cindy Wang; MICHAEL WANG; and JIAN RONG LIU (Collectively Defendants) (collectively "Defendants") hereby offer to allow judgment to be taken against them, joint and severally, by Plaintiff GEN WANG HAN ("Plaintiff") in the above-captioned action in the total sum of Thirty Thousand Dollars and No Cents ($30,000.00), inclusive of reasonable

attorney's fees, costs, expenses and prejudgment interests accrued to the date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and forever discharge Defendants of the above caption and all of their respective related and/or affiliated companies, and their respective employees, agents, shareholders, attorneys, officers, directors, predecessors, successors, assigned subsidiaries, and fiduciaries, or any other person or company or entity, from any and all known or unknown actions, causes of action, claims or liabilities of any kind which have been or could have been asserted against them arising out of or related to those matters that are the subject of the above-referenced lawsuit, The Fair Labor Standards Act ("FLSA") and the Connecticut Minimum Wage Act ("CMWA").

In order for Plaintiffs to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Date:  October 1, 2021
       Flushing, New York

                                          Sincerely,

                                          /s/ Jian Hang
                                          Jian Hang, Esq.
                                          Hang & Associates, PLLC
                                          136-20 38th Avenue, Suite 10G
                                          Flushing, New York 11354
                                          (718) 353-8588
                                          Email: jhang@hanglaw.com
                                          *Attorneys for Defendants*